# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| LAKHRAJ MANOHAR and<br>VADAC MANOHAR | PLAINTIFFS |
| v.   No. 3:16CV00044 JLH | |
| ARKANSAS DEPARTMENT OF<br>HUMAN SERVICES; LACEY GRAMBLING;<br>VAL PRICE; ALYSSA LOTT;<br>JAMES RUSSEL BARR; and ASHLEY MIDDLETON | DEFENDANTS |

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 25th day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE